**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SAMUEL RANI HILL,

        Plaintiff,

v.

JOHN S. RUBITSCHUN and BARBARA S.
SAMPSON,

        Defendants.
_____/

Case No. 10-CV-12348
Honorable Patrick J. Duggan

## ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on July 6, 2010.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT COURT JUDGE

Before the Court is Plaintiff Samuel Rani Hill's *pro se* civil rights complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff is a Michigan prisoner currently confined at the St. Louis Correctional Facility in St. Louis, Michigan. In his complaint, Plaintiff raises a parole board interview issue. The named defendants are John S. Rubitschun, Chairman of the Michigan Parole Board, and Barbara Sampson, Member of the Michigan Parole Board, both residing in Lansing, Michigan.

The proper venue for civil actions in which jurisdiction is not based on diversity of citizenship is the judicial district where: (1) any defendant resides if all defendants reside in

the same state; (2) a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of the property in question is situated; or (3) any defendant may be found if there is no other district in which plaintiff may bring the action. 28 U.S.C. § 1391(b). Public officials "reside" in the county where they serve. *See O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972). Pursuant to 28 U.S.C. § 1404(a), a district court may transfer a civil action to any other district where it might have been brought for the convenience of the parties and witnesses, in the interest of justice.

Having reviewed the complaint, the Court finds that the United States District Court for the Western District of Michigan is a more appropriate forum for this action. Defendants reside in Ingham County for purposes of the present complaint. Ingham County lies in the Southern Division of the Western District of Michigan. *See* 28 U.S.C. § 102(b).

Accordingly, the Court **ORDERS** the Clerk of the Court to transfer this case to the United States District Court for the Western District of Michigan. 28 U.S.C. §§ 1391(b) and 1404(a).

                                                s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Copy To:
Samuel Hill, #464961
St. Louis Correctional Facility
8585 N. Croswell Road
St. Louis, Michigan 48880